75|351-02

**Criminal Appeals Court of "the State of Texas" City of Austin**

201 E 14th St, Austin, TX 78701

In the matter of:

**WR-75,351-02**

Date Filed:

05/06/2015

Case Type:

Original Writ of Habeas Corpus

Style:

Ralph-Kenneth: Evans: a man

Changed by the court to a corporate,

artificial persons EVANS, RALPH KENNETH

v.:

**This STATE**

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

The writ of habeas corpus is a **writ of right,** and shall never be suspended. The Legislature shall enact laws to render the remedy speedy and effectual.

Petition For finding of Fact and Law
of writ of habeas corpus is a **writ of right**

**Motion ( No motion was filed by me I am not an attorney some attorney must have filed it for a corporate, artificial persons EVANS, RALPH KENNETH) for leave to file denied WITHOUT order. I Ralph-Kenneth a man filed a petition per my right for Habeas corpus.**
**Now I again ask this Court for its supervisory authority over the lower courts and agents aka attorneys alleged to be officers of the Courts. Members of the Bar Corporation not registered to do business in "the State of Texas" pursuant to the office of the Secretary of State.**

The magistrate of the municipal court of Grand Saline has acted without jurisdiction with the attorneys and police officer Burns did place me in jail which is not harmless error. Burns has stated that he will arrest me if I come into his town without a driver's license. My Liberty has been restricted since May 2, 2015 since the day he kidnapped me took me to jail and had the sheriff hold me for two days a magistrate judge was present at the jail when he had the jailers lock me up without or Grand Jury inductment.. He has my liberty restraint by his terrorist threat by threat of man stealing and kidnapping.

It is evident that the municipal court's agents of Grand Saline are running a tax extortion racketeering racket for no drivers license which does not exist in the State of Texas pursuant to case law and Vernon's law. They are also running an extortion on the people claiming that the speed signs posted for commercial drivers that haul goods and people for hire apply to the none commercial drivers that are only travelling from place to place and tax them also.

This very tax racketeering is going on all over the State of Texas in the Courts. It affects all the non-commercial people that are travelling. The cities and counties send out their armed agents to arrest the people and drag them in to their courts and fine them for not having a driver's license and for travelling non-commercially faster then the posted commercial speed signs without any damage to anyone including anyone's property. They levy a tax fine on them and if they are unable to ply they put them in debtors prison and charge the Tax payer $200-$300 DOLLARS A DAY allowing the

prisoners credit of $100.00 a day till the tax fine is paid in full. That is criminal racketeering in a nut shell.

No Court, Judge, attorney or agent has jurisdiction to use the courts for criminal racketeering.

Case law

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).

Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2d. 368 (Fla 2nd DCA 1985)

Supreme Court of the United States 1795, "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and **the contracts between them**." S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54), I have no contract with this State or "the State of Texas" or any of its agencies. I am not a registered Voter My right to a 7th amendment trial has been denied which is forever inviolate.

This Writ affects the rights of ever Citizen in "the State of Texas".

Served by first class mail to the **Criminal Appeals Court of "the State of Texas" City of Austin** 201 E 14th St, Austin, TX 78701 and by fax.

This 24th day of July 2015 by me,

*Ralph~Kenneth: Family of Gibans* _____ Non-resident    raised seal:

Ralph-Kenneth a man not a registered voter

Mail location exact and certain:

171 Private Road 5710

Hold for: Ralph-Kenneth

Grand Saline, Texas State near {75140}